

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00331-CR

The **STATE** of Texas,
Appellant

v.

Ruben **GARZA**, Jr.,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2011CRJ000782-D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the "Amended/Nunc Pro Tunc Judgment" signed by the trial court on April 5, 2013 and the Order For Shock Community Supervision signed on April 16, 2013 are VACATED, and judgment is RENDERED reinstating the original judgment and sentence imposed on November 9, 2012 and signed on February 13, 2013.

SIGNED July 30, 2014.

_____
Rebeca C. Martinez, Justice